KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA STEWART AND NEIL STEWART, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLIED MATERIALS, INC., AETNA LIFE INSURANCE COMPANY; AETNA HEALTH OF CALIFORNIA, INC.<br><br>Defendants. | Case No.: 3:15-cv-02632-JST<br><br>Hon. Jon S. Tigar<br>Courtroom 9<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING FILING OF AMENDED COMPLAINT, RESPONSE THERETO**<br><br>Complaint Filed: June 12, 2015 |

## ORDER

Having considered the parties' Stipulation Regarding Filing of Amended Complaint, Response Thereto, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

(1) Plaintiffs shall file an amended complaint in this action on or before September 4, 2015;

(2) Defendants' response to the amended complaint shall be due on October 5, 2015; and

///

1

[~~PROPOSED~~] ORDER GRANTING STIPULATION REGARDING FILING OF AMENDED COMPLAINT, RESPONSE THERETO

(3)   Defendants need not file a response to the initial complaint.

**IT IS SO ORDERED.**

DATED: August 6, 2015

*IT IS SO ORDERED*
*Judge Jon S. Tigar*

(United States District Court, Northern District of California seal)

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525