KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA STEWART AND NEIL STEWART, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLIED MATERIALS, INC., AETNA LIFE INSURANCE COMPANY; AETNA HEALTH OF CALIFORNIA, INC.<br><br>Defendants. | Case No.: 3:15-cv-02632-JST<br><br>Hon. Jon S. Tigar<br>Courtroom 9<br><br>CURRENT DATE:<br>September 30, 2015 @ 2:00 PM<br><br>PROPOSED NEW DATE:<br>October __, 2015 |

## **ORDER**

The Court having considered the parties' stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for September 30, 2015 is continued to __December 2, 2015 at 2:00 p.m._____.

**IT IS SO ORDERED.**

DATED: __August 19, 2015_____

*[Signature stamp: IT IS SO ORDERED / Judge Jon S. Tigar / United States District Court Northern District of California]*

1

[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE