MORGAN, LEWIS & BOCKIUS LLP
Brian T. Ortelere (*admitted pro hac vice*)
bortelere@morganlewis.com
Nicole Diller, Bar No. 154842
ndiller@morganlewis.com
Roberta Vespremi, Bar No. 225067
rvespremi@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001

Attorneys for Defendant
APPLIED MATERIALS, INC. WELFARE PLAN

KANTOR & KANTOR, LLP
Glenn R. Kantor, Bar No. 122643
gkantor@kantorlaw.net
Lisa S. Kantor, Bar No. 110678
lkantor@kantorlaw.net
Timothy J. Rozelle, Bar No. 298332
trozelle@kantorlaw.net
19839 Nordhoff Street
Northridge, California 91324
Tel:     +1.818.886.2525
Fax:    +1.818.350.6272

Attorney for Plaintiff
MARIA STEWART

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA STEWART, on behalf all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLIED MATERIALS, INC. WELFARE PLAN,<br><br>Defendant. | Case No. 3:15-cv-02632-JST<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT APPLIED MATERIALS, INC. WELFARE PLAN TO RESPOND TO FIRST AMENDED COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION
Case No. 3:15-CV-02632-JST

Pursuant to Civil Local Rule 6-1(b), the parties to the above-captioned litigation, by and through their respective counsel of record, stipulate as follows:

WHEREAS, Plaintiff filed her Complaint in the above-captioned case on June 12, 2015;

WHEREAS, the Parties stipulated per Civil Local Rule 6-1(a) to extend the time for Applied Materials to respond to the Complaint to August 10, 2015 (Dkt. No. 17);

WHEREAS, on August 6, 2015, the Parties filed a stipulation and proposed order regarding the filing of an amended complaint and response thereto (Dkt. No. 23);

WHEREAS, on August 7, 2015, the Court approved the Parties' August 6, 2015 stipulation and ordered Plaintiff to file an amended complaint on or before September 4, 2015 and Defendant to respond to the amended complaint on or before October 5, 2015 (Dkt. No. 24);

WHEREAS, on August 18, 2015, the Parties filed a stipulation and proposed order to continue the September 30, 2015 Case Management Conference (Dkt. No. 25);

WHEREAS, on August 19, 2015, the Court approved the Parties' August 18, 2015 Stipulation and continued the Case Management Conference from September 30, 2015 to December 2, 2015 (Dkt. No. 26);

WHEREAS, on September 4, 2015, Plaintiff filed a First Amended Complaint (Dkt. No. 27);

WHEREAS, the Parties have conferred and believe this matter may be able to be resolved by settlement discussions;

WHEREAS, Defendant wishes to avoid incurring the cost of responding to the First Amended Complaint in the interests of economy and efficiency and focus efforts in this matter on the potential settlement of it;

WHEREFORE, the Parties stipulate, and respectfully request the Court to order, that Applied Materials shall have until and including December 4, 2015 to respond to the First Amended Complaint, and the Case Management Conference shall be continued to December 16, 2015.

IT IS SO STIPULATED.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION
Case No. 3:15-CV-02632-JST

| | | |
|---|---|---|
| Dated: September 15, 2015 | | KANTOR & KANTOR LLP<br>GLENN R. KANTOR<br>LISA S. KANTOR<br>TIMOTHY J. ROZELLE |
| | By | */s/ Glenn R. Kantor*<br>GLENN R. KANTOR<br>Attorneys for Plaintiff Maria Stewart |
| Dated: September 15, 2015 | | MORGAN, LEWIS & BOCKIUS LLP<br>BRIAN T. ORTELERE<br>NICOLE A. DILLER<br>ROBERTA H. VESPREMI |
| | By | */s/ Nicole A. Diller*<br>NICOLE A. DILLER<br>Attorneys for Defendant Applied Materials, Inc. Welfare Plan |

### **FILER'S ATTESTATION**

I, Nicole A. Diller, am the ECF user whose identification and password are being used to file this Stipulation to Extend Time for Defendant Applied Materials, Inc. Welfare Plan to Respond to First Amended Complaint and to Continue Case Management Conference.  In compliance with L.R. 5-1(i)(3), I hereby attest that Glenn R. Kantor concurs in this filing.

Dated: September 15, 2015            */s/ Nicole A. Diller*
                                                              Nicole A. Diller

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation, and good cause appearing, it is ordered that:

- Defendant Applied Materials, Inc.'s time to respond to Plaintiff Maria Stewart's First Amended Complaint shall be extended to December 4, 2015; and

- The Case Management Conference currently scheduled for December 2, 2015 shall be continued to December 16, 2015.

IT IS SO ORDERED.

Date: September 16, 2015

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

DB2/ 26305018.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION
Case No. 3:15-CV-02632-JST