UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA STEWART, et al.,

    Plaintiffs,

  v.

APPLIED MATERIALS, INC., et al.,

    Defendants.

Case No. 15-cv-02632-JST

**ORDER DENYING REQUEST FOR CONTINUANCE**

Re: Dkt. No. 30

This ERISA putative class action was filed on June 12, 2015. ECF No. 1. An Initial Case Management Conference was originally set for September 16, 2015, ECF No. 5, and then, when the case was reassigned, for September 30, 2015. ECF No. 16.

On September 15, 2015, the parties jointly asked the Court to continue the ICMC because, *inter alia*, they "ha[d] conferred and believe[d] this matter may be able to be resolved by settlement discussions." ECF No. 28. The Court granted the parties' request, and continued the ICMC to December 16, 2015, and gave Defendants until December 4, 2015 to respond to Plaintiffs' First Amended Complaint. ECF No. 29.

The case not having settled, the parties now again ask the Court to continue the ICMC, this time until February 17, 2016, and allow Defendant until February 4, 2016 to respond to the complaint. ECF No. 30. They represent that they "are continuing to confer about settlement and believe this matter may be able to be resolved by further settlement discussions."

While the Court is mindful of the parties' desire to resolve their case informally, it does not appear that the absence of deadlines has been helpful to their settlement discussions. Almost six months have passed since the original complaint was filed, and the Court has yet to set a case schedule.

1  Accordingly, the Court will in large part deny the parties' requests.  Defendants may have
2  until December 15, 2015 to respond to the First Amended Complaint.  The ICMC will proceed on
3  December 16, 2015 as scheduled.  A Joint Case Management Statement is due on December 3,
4  2015.
5  IT IS SO ORDERED.
6  Dated: December 1, 2015

_____
JON S. TIGAR
United States District Judge