UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA STEWART, et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLIED MATERIALS, INC., et al., <br><br> Defendants. | Case No. 15-cv-02632-JST <br><br> **SCHEDULING ORDER** |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Deadline to amend the pleadings | January 29, 2016 |
| Fact discovery cut-off | June 15, 2016 |
| Expert disclosures | June 22, 2016 |
| Rebuttal expert disclosures | July 5, 2016 |
| Expert discovery cut-off | August 8, 2016 |
| Deadline to file Motion for Class Certification | August 15, 2016 |
| Opposition to Motion for Class Certification | September 14, 2016 |
| Reply in Support of Motion for Class Certification | September 28, 2016 |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

1 The parties must take all necessary steps to conduct discovery, compel discovery, hire
2 counsel, retain experts, and manage their calendars so that they can complete discovery in a timely
3 manner. All counsel must arrange their calendars to accommodate these dates, or arrange to
4 substitute or associate in counsel who can.

5 IT IS SO ORDERED.

6 Dated: December 16, 2015

```
                                    _____
                                          JON S. TIGAR
                                     United States District Judge
```