KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA STEWART,<br>on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLIED MATERIALS, INC. WELFARE PLAN,<br><br>Defendant. | Case No.: 3:15-cv-02632-JST<br><br>**CLASS ACTION**<br><br>Hon. Jon S. Tigar<br>Courtroom 9<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO CONTINUE DEADLINE TO AMEND THE PLEADINGS BY NO MORE THAN 10 DAYS**<br><br>Complaint Filed: June 12, 2015<br>FAC Filed: September 4, 2015 |

## ORDER

Having considered the parties' Stipulation to Continue the Deadline to Amend the Pleadings By No More Than 10 Days, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

(1) Subject to the Court's finding of good cause for amendment, Plaintiffs shall file any amended complaint no later than February 8, 2016.

/ / /

1

1  **IT IS SO ORDERED.**

3  DATED: January 29, 2016



_____
Hon.
United

2

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525