KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA STEWART, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLIED MATERIALS, INC., AETNA LIFE INSURANCE COMPANY; AETNA HEALTH OF CALIFORNIA, INC.<br><br>Defendants. | Case No.: 3:15-cv-02632-JST<br><br>Hon. Jon S. Tigar<br>Courtroom 9<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO FILE SECOND AMENDED COMPLAINT MODIFYING THE PUTATIVE CLASS DEFINITION**<br><br>*[Filed Concurrently with:*<br>*(1) Stipulation to File a Second Amended Complaint Modifying the Putative Class Definition]* |

---

[PROPOSED] ORDER TO FILE SECOND AMENDED COMPLAINT MODIFYING THE
PUTATIVE CLASS DEFINITION

# ORDER

The Court, having considered the parties' stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that:

Plaintiffs may file a Second Amended Complaint that adds a second class of individuals defined as:

> All current and former participants and beneficiaries of the Applied Materials, Inc. Welfare Plan who received speech therapy services to treat autism spectrum disorder at any time during the putative class period, but never made a claim for such services due to the Plan's age or visit limitations and did not otherwise receive reimbursement, full or partial, from another source.

**IT IS SO ORDERED.**

DATED: February 9, 2016



_____
Hon. Jon S. Tigar
United States District Judge

1

[PROPOSED] ORDER TO FILE SECOND AMENDED COMPLAINT MODIFYING THE PUTATIVE CLASS DEFINITION