UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA STEWART, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APPLIED MATERIALS, INC., et al.,<br><br>　　　　Defendants. | Case No. 15-cv-02632-JST<br><br>**ORDER DENYING REQUEST TO LIFT SCHEDULING ORDER**<br><br>Re: ECF No. 46 |

On May 19, 2016, the parties filed a Notice of Settlement and Request to Lift Scheduling Order. ECF No. 46. The request to lift the scheduling order is denied. The Court will continue all case deadlines by eight weeks.

IT IS SO ORDERED.

Dated: June 1, 2016

_____
JON S. TIGAR
United States District Judge